## TRAVIS ROBERTS v. STATE.

No. A-9015. Aug. 14, 1936.
(60 Pac. [2d] 212.)

Morrill & Snodgrass, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of burglary in the second degree, and his punishment fixed at a term of two years in the Granite Reformatory, and appeals.

A copy of the record and case-made was filed in this court on October 21, 1935. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict. The case is therefore affirmed.